ALBANY,
August, 1822.

OSTRANDER
v.
KNEELAND.

In dower *unde nihil habet*, it is not a matter of course to grant a *view* to the tenant; but he must show sufficient cause, by affidavit, to enable the Court to judge of its necessity.

OSTRANDER *against* KNEELAND.

WRIT of dower, *unde nihil habet*. At the last term, after the demandant had counted, the tenant prayed for an *imparlance* to this term, which was granted.

*Kellogg*, for the tenant, now demanded a *view*.

*Tiffany*, contra, objected, that granting a *view* was not a matter of course. The statute (sess. 10 ch. 50. s. 21. 1 *N. R. L.* 79. 86.) expressly declares, that "a view shall not be granted to the tenant, but in case where a view of the land is necessary." At common law, there was no view in dower *unde nihil habet*. (*Comyn's Dig.* tit. *View*, B. 2 *Inst.* 481. 2 *Lev.* 117.)

*Per Curiam.* The statute is positive, that a view is not to be granted, unless it be necessary. Sufficient cause must be shown, by affidavit, to satisfy the Court of the necessity of granting a view. The motion must be denied.

                         Motion denied.

END OF AUGUST TERM.